UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEXTER ANDERSON,          : | |
|     Petitioner,          : | |
|                   : | |
| v.          : | Case No. 3:15cv1364(VAB) |
|                   : | |
| WARDEN HERMAN QUAY,          : | |
|     Respondent.          : | |

**RULING ON PENDING MOTIONS**

Petitioner, Dexter Anderson, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his security classification and conditions of confinement at FCI Danbury. Petition, ECF No. 1. He also has filed motions for a temporary restraining order, for a preliminary injunction, for status, and to substitute the Respondent. ECF Nos. 4, 7, 8. This Ruling resolves only the latter two motions, ECF Nos. 7 and 8. For the reasons that follow, the Letter Motion for Status of the Case, ECF No. 7, is **DENIED AS MOOT**, and the Motion to Substitute Respondent, ECF No. 8, is **GRANTED**.

I. **Motion to Substitute Respondent [ECF No. 8]**

Mr. Anderson states that a new warden has been appointed at FCI Danbury. He seeks to substitute Warden D.K. Williams for the Respondent currently named in this action, Herman Quay. Federal Rule of Civil Procedure 25(d) provides that "when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office" during the litigation of a case, "[t]he officer's successor is automatically substituted as a party." Accordingly, the Motion to Substitute Respondent is **GRANTED**. In accordance with Rule 25(d) the Clerk shall substitute Warden D.K. Williams for Warden Herman Quay as the Respondent in this case.

**II.     Letter Motion for Status [ECF No. 7]**

Mr. Anderson filed a letter with the Clerk seeking to know the status of the motion for injunctive relief.  Letter Motion for Status, ECF No. 7.  In view of this ruling as well as the Court's ruling and order to show cause, ECF No. 9, the motion is denied as moot.

## Conclusion

The Motion to Substitute Respondent [**ECF No. 8**] is **GRANTED**.  **In accordance with Federal Rule of Civil Procedure 25(d), the Clerk shall substitute Warden D.K. Williams for the Warden Herman Quay as the Respondent in this case.**

The Letter Motion for Status of the Case **[ECF No. 7]** is **DENIED AS MOOT**.

SO ORDERED at Bridgeport, Connecticut this 5th day of February 2016.

      /s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE